O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOAN PHAN,<br><br>        Petitioner,<br><br>    vs.<br><br>VINCENT ADAMS, Warden,<br><br>        Respondent. | Case No.  CV 15-05358-RGK (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED:  September 23, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE