JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOAN PHAN,<br><br>        Petitioner,<br><br>    vs.<br><br>VINCENT ADAMS, Warden,<br><br>        Respondent. | Case No.  CV 15-05358-RGK (KES)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 23, 2016

*Gary Klausner*
———————————————
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE